IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SERGE ERIC BAYARD, :
    Petitioner :
: CIVIL NO. 3:11-CV-1421
v. :
: (JUDGE NEALON)
H.L. HUFFORD, : (MAGISTRATE JUDGE CARLSON)
    Respondent :

## ORDER

**NOW**, THIS 15th DAY OF FEBRUARY, 2012, for the reasons set forth in this Court's Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation (Doc. 9) is **ADOPTED**;

2. The habeas corpus petition (Doc. 1) is **DENIED**;

3. Petitioner's objections to the R&R (Doc. 10) are **OVERRULED**;

4. Petitioner's motion to strike (Doc. 12) is **DENIED**;

5. The Clerk of Courts is directed to **CLOSE** this case; and

6. Any appeal would be deemed frivolous, not filed in good faith, and without probable cause.

*[signature]*
United States District Judge

FILED
SCRANTON

FEB 1 5 2012

PER _____
DEPUTY CLERK