IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SERGE ERIC BAYARD,      :<br>          Petitioner      : | |
| : | CIVIL NO. 3:11-CV-1421 |
| v.      : | |
| : | (JUDGE NEALON) |
| H.L. HUFFORD,      : | (MAGISTRATE JUDGE CARLSON) |
|          Respondent      : | |

### ORDER

**NOW**, THIS 15th DAY OF FEBRUARY, 2012, for the reasons set forth in this Court's Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation (Doc. 9) is **ADOPTED**;

2. The habeas corpus petition (Doc. 1) is **DENIED**;

3. Petitioner's objections to the R&R (Doc. 10) are **OVERRULED**;

4. Petitioner's motion to strike (Doc. 12) is **DENIED**;

5. The Clerk of Courts is directed to **CLOSE** this case; and

6. Any appeal would be deemed frivolous, not filed in good faith, and without probable cause.

                                                                                       _/s/ William Nealon_
                                                                                       **United States District Judge**

FILED
SCRANTON

FEB 1 5 2012

PER _____
  DEPUTY CLERK